**Order filed March 12, 2020**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00515-CR
_____

### ROBERT CANTU JR., Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Cause No. 79172-CR**

## ORDER

Page 7 of appellant's brief discloses the name of a child victim of sexual assault under the age of 17. *See* Tex. Code Crim. Proc. art. 57.02(h); Tex. R. App. P. 9.10(b). Accordingly, the brief is **STRICKEN**.

Appellant is ordered to file a brief that complies with Tex. Code Crim. Proc. art. 57.02 and Tex. R. App. P. 9.10 by **March 23, 2020**.

PER CURIAM

Panel Consists of Justices Christopher, Wise, and Zimmerer.